```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>WASTE MANAGEMENT OF ALAMEDA COUNTY, a corporation<br><br>　　　　　　Defendant. | NO. C 07 6296 WDB<br><br><br><br><br><u>NOTICE OF</u><br><u>VOLUNTARY DISMISSAL</u> |

　　　　Notice is hereby given that plaintiff dismisses the above entitled action without prejudice pursuant to Federal Rule of Civil Procedure 41, and all dates relating to this case should be taken off the Court's calendar including the hearing on a Case Management Conference set for March 18, 2008 at 4:00 p.m. in Courtroom No. 4, 1301 Clay Street, Oakland, CA.

Dated:    February 20, 2008　　　　　ERSKINE & TULLEY


By: _____
　　　Michael J. Carroll
　　　Attorneys for Plaintiff

<u>NOTICE OF VOLUNTARY DISMISSAL</u>

PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, California 94104. On February 20, 2008 I served the within NOTICE OF VOLUNTARY DISMISSAL on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California, addressed as follows:

Waste Management of Alameda County
c/o Barbara M. Russell
172 98th Avenue
Oakland, CA 94603

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on February 20, 2008 at San Francisco, California.

Sharon Eastman

NOTICE OF VOLUNTARY DISMISSAL